# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAVIS OMOLE

CASE NUMBER: 05CR0670

MAGISTRATE JUDGE KEYS

FILED JUL 27 2005 Jul 27, 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED AUG 0 1 2005

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about <u>March 14, 2004,</u> in <u>Orland Park and elsewhere,</u> in the <u>Northern</u> District of <u>Illinois</u>, defendant Omole did

devise, intend to devise, and participate in a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and material omissions, and for the purpose of executing the aforesaid scheme, did knowingly transmit and caused to be transmitted by means of a wire communication in interstate commerce certain signs, signals, and sounds, namely, a Western Union money transfer of $885 by SG in Pensacola, Florida, to "Dave Anderson" in the Northern District of Illinois;

in violation of Title <u>18</u> United States Code, Section(s) 1343 and 2.

I further state that I am a <u>Special Agent, Federal Bureau of Investigation</u>, and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof: <u>X</u> Yes ___ No

_____
Brian Brusokas, Special Agent, FBI
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>July 27, 2005</u>                        at        <u>Chicago, Illinois</u>
Date                                                City and State

<u>Arlander Keys, Magistrate Judge</u>                _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

### AFFIDAVIT

Brian C. Brusokas, Special Agent of the Federal Bureau of Investigation (FBI), Chicago, Illinois, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the FBI and I have been employed by the FBI as a special agent for over five years. I am currently assigned to the Chicago Division. In my capacity as a Special Agent, I have received specialized training and have investigated violations of federal criminal laws and regulations, including offenses related to mail fraud and wire fraud, in violation of 18 U.S.C. §§ 1341 and 1343 and identity theft, in violation of 18 U.S.C. § 1028 (a)(7). As an FBI agent, I have participated in multiple investigations involving search warrants and arrests.

2. This affidavit is based upon my personal knowledge obtained from my personal observation, interviews of witnesses, review of documents, reports, and information received from other law enforcement agents and investigators. Because this affidavit is made for the limited purpose of establishing probable cause, I have set forth only the facts that I believe are sufficient to establish probable cause that the individual named in the attached criminal complaint, Davis Omole, has committed offenses under 18 U.S.C. § 1343.

3. On 02/04/2004, Detective Michael Jones of the Matteson, Illinois Police Department observed Davis Omole and Adeniyi

Adesokan at the Matteson Public Library. After Adesokan and Omole saw Detective Jones, they left the library. Detective Jones then reviewed the Internet history on each computer that Omole and Adesokan were using and saw that Omole and Adesokan had accessed eBay using the screen name worthyi4u.

4. Records provided by eBay indicate that eBay account worthyi4u was created on 01/17/2004 at 12:05 PST. The information used to open the account was: Jimmy Miles, worthyi4u@yahoo.com, 1122 Williamsburg, DeKalb, Illinois 60115, (708) 418-3245. 1122 Williamsburg in DeKalb is a fictitious address.

5. On 03/14/2004, SG, a resident of Pensacola, Florida, was on eBay when he saw that eBay user worthyi4u was selling a car stereo. SG contacted eBay user worthyi4u via cellular phone at (808) 330-3482, as directed in an e-mail. Worthyi4u identified himself as Dave Anderson and SG arranged to purchase the car stereo for $885. SG wired $885 from Pensacola, Florida to Anderson via Western Union but never received his merchandise.

6. Western Union records reflect that SG's money was picked up on 03/15/2004 at the currency exchange located at 15010 LaGrange Road, Orland Park, Illinois by someone who presented an Indiana Driver's License bearing the name Dave Anderson, 8771 Michigan Street Apt 2, Indianapolis, Indiana, 46222. Western Union made a photocopy of the driver's license and gave a copy to Orland Park Police, who had contacted Western Union on 03/15/04 after receiving complaints from SG and the Internet Crime Complaint Center. On 03/19/04, I sent Orland Park police photos

of Davis Omole and Adeniyi Adesokan and the police identified the photograph on the Dave Anderson driver's license as that of Davis Omole.

7. On 03/21/2004, Davis Omole entered the Currency Exchange at 15010 LaGrange Road, Orland Park, Illinois and presented the same Dave Anderson Indiana Driver's License used to pick up SG's money along with two Western Union money requests to the cashier. The money requests were for $934.99 (sent by PC) and $1,235 (sent by JM) and were completed with David Anderson as the payee listing a home telephone number of (808) 330-3482 and an Orland Park, Illinois address of 26 Ridge Road. 26 Ridge Road in Orland Park is a fictitious address. At that time, Orland Park Police were called to the scene. On 03/15/04, the police had asked the currency exchange to call the next time David Anderson came in to pick up money. Davis Omole identified himself to the police as David Anderson but when questioned as to his address and the eBay complaints Omole would not answer the questions. Davis Omole was arrested, and the police confiscated the Dave Anderson driver's license. The police checked with the Indiana Secretary of State, and confirmed that the driver's license was invalid.

8. Based on the above information, there is probable cause to believe that the defendant Davis Omole violated federal criminal law, specifically, that he committed wire fraud in violation of Title 18, United States Code, Section 1343.

FURTHER AFFIANT SAYETH NOT.

_____
Brian C. Brusokas
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me
this 27th day of July, 2005:

_____
Arlander Keys
United States Magistrate Judge