FILED
Aug 25, 2005
AUG 2 5 2005
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

FILED
DOCKETED J.N  AUG 2 5 2005
AUG 2 6 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE KEYS

UNITED STATES OF AMERICA,
vs.
DAVIS OMOLE and
ADENIYI ADESOKAN

) No. 05 CR 670
)
) Title 18, United States Code,
) Sections 1028A, 1341, 1343 and 2.

## COUNT ONE

The SPECIAL MAY 2004 GRAND JURY charges:

1. Beginning no later than April 2003, and continuing to at least July 2005, at Matteson and elsewhere, in the Northern District of Illinois,

ADENIYI ADESOKAN and
DAVIS OMOLE,

defendants herein, devised, intended to devise, and participated in a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and material omissions, which scheme is further described as follows:

2. It was a part of the scheme that ADESOKAN and DAVIS OMOLE, using false identities including "Alan Davis," "Eddie Davis," "Dave Anderson," "Federico Tongol" and "Mazen Qato" caused accounts to be set up through the online auction service eBay over the Internet. ADESOKAN and DAVIS OMOLE then caused items to be advertised for sale on eBay, such as cellular telephones, plasma televisions, stereo systems, and electronic keyboards, and falsely represented that they were in possession of those items, and that those items would be provided to the highest bidder.

3. It was further part of the scheme that ADESOKAN and DAVIS OMOLE held at least

300 fraudulent auctions on eBay, making at least $254,000 in sales for merchandise they never provided to the high bidders.

4. It was further part of the scheme that ADESOKAN and DAVIS OMOLE instructed individuals who bid on the items to send payment for the items via mail, Western Union money transfers or by giving their credit card number over the telephone. ADESOKAN and DAVIS OMOLE falsely represented that they would ship the item to the individual after they received payment for the item.

5. It was further part of the scheme that after receiving the money, ADESOKAN and DAVIS OMOLE failed to provide the individuals with the items that they had caused to be advertised on the online auction service. To avoid detection, ADESOKAN and DAVIS OMOLE failed to return telephone calls or e-mail messages from the bidders, canceled and changed their eBay and e-mail addresses, and used other aliases.

6. It was further part of the scheme that ADESOKAN and DAVIS OMOLE used credit card numbers and means of identification provided to them by the bidders and others to buy items for their personal use, including cell phones, and to set up cell phone accounts used to communicate with victims.

7. It was further part of the scheme that ADESOKAN and DAVIS OMOLE used different addresses and post office boxes to receive checks, credit cards and fraudulently acquired merchandise.

8. It was further part of the scheme that DAVIS OMOLE worked in retail stores, including but not limited to, the Mobile Solutions booth in the Orland Square Mall in Orland Park, Illinois and Circuit City in Orland Hills, Illinois, so that he could obtain identifying and credit card

information of others.

9. It was further part of the scheme that ADESOKAN, DAVIS OMOLE, and SAMUEL OMOLE misrepresented, concealed, hid, and caused to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and the purpose of those acts.

10. On or about August 15, 2003, at Matteson, in the Northern District of Illinois, Eastern Division,

ADENIYI ADESOKAN,

defendant herein, for the purpose of executing the aforesaid scheme and attempting to do so, knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a cashier's check in the amount of $410 made out to ADENIYI ADESOKAN, sent by A.P. and addressed to P.O. Box 1247, Matteson, IL 60443, as payment for a Babyphat i90 cell phone that A.P. never received;

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT TWO

The SPECIAL MAY 2004 GRAND JURY further charges:

1. Paragraphs 1-9 of Count One of this Indictment are realleged and incorporated as though fully set forth herein.

2. On or about October 28, 2003, at Matteson, in the Northern District of Illinois, Eastern Division,

### ADENIYI ADESOKAN,

defendant herein, for the purpose of executing the aforesaid scheme, knowingly transmitted and caused to be transmitted by means of a wire communication in interstate commerce certain signs, signals, and sounds, namely, a telephone call by M.F. in Los Angeles, California, to "Alan Davis" in the Northern District of Illinois, during which call M.F. supplied his credit card number in exchange for ADESOKAN's promise to sell M.F. two DVD players for $1200;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT THREE

The SPECIAL MAY 2004 GRAND JURY further charges:

1. Paragraphs 1-9 of Count One of this Indictment are realleged and incorporated as though fully set forth herein

2. On or about November 11, 2003, at Matteson and elsewhere, in the Northern District of Illinois, Eastern Division,

ADENIYI ADESOKAN and<br>DAVIS OMOLE,

defendants herein, for the purpose of executing the aforesaid scheme, knowingly transmitted and caused to be transmitted by means of a wire communication in interstate commerce certain signs, signals, and sounds, namely, a Western Union wire transfer of $1054 by S.H. from Egg Harbor Township, New Jersey, to "Alan Davis" in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT FOUR

The SPECIAL MAY 2004 GRAND JURY further charges:

1. Paragraphs 1-9 of Count One of this Indictment are realleged and incorporated as though fully set forth herein

2. On or about December 30, 2003, at Matteson and elsewhere, in the Northern District of Illinois, Eastern Division,

>ADENIYI ADESOKAN and
>DAVIS OMOLE,

defendants herein, for the purpose of executing the aforesaid scheme, knowingly transmitted and caused to be transmitted by means of a wire communication in interstate commerce certain signs, signals, and sounds, namely, a Western Union wire transfer of $768 by B.L. from Vacaville, California, to "Eddie Davis" in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT FIVE

The SPECIAL MAY 2004 GRAND JURY further charges:

1. Paragraphs 1-9 of Count One of this Indictment are realleged and incorporated as though fully set forth herein

2. On or about February 11, 2004, at Frankfort and elsewhere, in the Northern District of Illinois, Eastern Division,

DAVIS OMOLE,

defendant herein, for the purpose of executing the aforesaid scheme, knowingly transmitted and caused to be transmitted by means of a wire communication in interstate commerce certain signs, signals, and sounds, namely, a Western Union wire transfer of $318 by C.J. from New Richmond, Wisconsin, to "Dave Anderson" in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT SIX

The SPECIAL MAY 2004 GRAND JURY further charges:

1. Paragraphs 1-9 of Count One of this Indictment are realleged and incorporated as though fully set forth herein

2. On or about March 14, 2004, at Orland Park and elsewhere, in the Northern District of Illinois, Eastern Division,

DAVIS OMOLE,

defendant herein, for the purpose of executing the aforesaid scheme, knowingly transmitted and caused to be transmitted by means of a wire communication in interstate commerce certain signs, signals, and sounds, namely, a Western Union wire transfer of $885 by S.G. from Pensacola, Florida, to "Dave Anderson" in the Northern District of Illinois;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT SEVEN

The SPECIAL MAY 2004 GRAND JURY further charges:

1. Paragraphs 1-9 of Count One of this Indictment are realleged and incorporated as though fully set forth herein

2. On or about October 29, 2004, at University Park, in the Northern District of Illinois, Eastern Division,

DAVIS OMOLE,

defendant herein, for the purpose of executing the aforesaid scheme and attempting to do so, knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a postal money order in the amount of $1,000 made out to MAZEN QATO, sent by D.H. and addressed to 824 White Oak Lane, University Park, IL, as payment for a Roland Fantom X8 keyboard that D.H. never received;

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT EIGHT

The SPECIAL MAY 2004 GRAND JURY further charges:

1. Paragraphs 1-9 of Count One of this Indictment are realleged and incorporated as though fully set forth herein

2. On or about July 19, 2005, at South Holland, in the Northern District of Illinois, Eastern Division,

DAVIS OMOLE,

defendant herein, for the purpose of executing the aforesaid scheme and attempting to do so, knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a postal money order in the amount of $1,090.99 made out to FEDERICO TONGOL, sent by D.K. and addressed to 15010 South Perry Avenue, South Holland, IL, 60473, as payment for a Pioneer AVIC-N1 car audio system that D.K. never received;

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT NINE

The SPECIAL MAY 2004 GRAND JURY further charges:

From on or about October, 2004, through June, 2005, at Matteson and elsewhere, in the Northern District of Illinois, Eastern Division,

ADENIYI ADESOKAN and
DAVIS OMOLE,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the name, credit card number, and Social Security number of M.Q., during and in relation to mail fraud described in Count Seven of this Indictment;

In violation of Title 18, United States Code Sections 1028A(a)(1) and 2.

## COUNT TEN

The SPECIAL MAY 2004 GRAND JURY further charges:

On or about March 27, 2005, at South Holland and elsewhere, in the Northern District of Illinois, Eastern Division,

DAVIS OMOLE,

defendants herein, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the name and Social Security number of F.T., during and in relation to wire fraud described in Count Eight of this Indictment;

In violation of Title 18, United States Code Sections 1028A(a)(1) and 2.

A TRUE BILL.

_____
FOREPERSON

_____
United States Attorney

No. 05 CR 670

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

DAVIS OMOLE AND
ADENIYI ADESOKAN

INDICTMENT

Violations: Title 18, United States
Code, Sections 1028A, 1341,
1343 and 2

A true bill,

_____CrWll_____
Foreman

Filed in open court this 25th day of August, A.D. 2008

**MICHAEL W. DOBBINS**,
By: Ilmilla Saccomnto
Clerk

Bail, $ _____

PO 880.320