# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 670-1 | **DATE** | 11/16/2005 |
| **CASE TITLE** | USA vs. OMOLE | | |

**DOCKET ENTRY TEXT:**

Motion hearing held on Government's motion to revoke bond [doc. no. 18] and motion is denied. Defendant's conditions of bond are modified as follows: Defendant's mother is to report by phone once a week to Pretrial Services.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|