# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 670 - 1 | **DATE** | 12/19/2005 |
| **CASE TITLE** | USA vs. OMOLE | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to counts 3 and 9 and enters plea of guilty to counts 3 and 9. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 2/23/06 at 10:45 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | CG |
|---|---|---|