

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA     )
                             )
        v.                   )   No.  05 CR 670
                             )
                             )   Judge Ronald A. Guzman
DAVIS OMOLE                  )

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

        Name: Davis Omole
        Sex: Male

has been and now is, in due form and process of law, detained in the following institution:

        Cook County Jail

Your petitioner further represents to Your Honor that said prisoner has pled guilty in the Eastern Division of the Northern District of Illinois to violations of Title 18, United States Code, Sections 1343 and 1028A, and that said prisoner is now wanted in such division and district on March 14, 2006, at 10:30 a.m., for sentencing before The Honorable Ronald Guzman, United States District Court for the Northern District of Illinois, Eastern Division, in the United States Court House, Chicago, Illinois.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf

directed to the following persons:

| UNITED STATES MARSHAL | Warden |
| Northern District of Illinois | Cook County Jail |
| Chicago, Illinois | |

commanding them to produce the body of the said prisoner before this Court at said time and on said date.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*

Juliet S. Sorensen
Assistant U. S. Attorney
219 S. Dearborn Street
Chicago, Illinois 60604