UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  05 CR 670 |
| | ) | Hon. Ronald A. Guzman |
| DAVIS OMOLE | ) | |

**GOVERNMENT'S MOTION FOR RULE TO SHOW CAUSE**

Based on the special report of the United States Probation officer dated August 8, 2013, the government hereby moves for a rule to show cause why defendant Omole's supervised release should not be revoked.

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By:  /s/ Stuart D. Fullerton
STUART D. FULLERTON
Assistant U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, IL  60604
(312) 353-5266

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the

**GOVERNMENT'S MOTION FOR RULE TO SHOW CAUSE**

was served pursuant to the district court's ECF system, on August 13, 2013.

                By:    /s/ Stuart D. Fullerton
                      STUART D. FULLERTON
                      Assistant U.S. Attorney
                      219 S. Dearborn, 5th Floor
                      Chicago, IL  60604
                      (312) 353-5266